UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GEORGE ZIMMERMAN,<br><br>    Plaintiff,<br><br>v.<br><br>PETE BUTTIGIEG and ELIZABETH WARREN,<br><br>    Defendants. | Case No. 8:20-cv-1077-T-36CPT |

**MOTION FOR MARC E. ELIAS TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING ON BEHALF OF DEFENDANTS**

Pursuant to Local Rule 2.02, Defendants Pete Buttigieg and Elizabeth Warren ("Defendants") respectfully request that the Court enter an order admitting Marc E. Elias to appear *pro hac vice* as counsel on behalf of Defendants. In support of this request, Defendants state:

1. Marc E. Elias is a member of the law firm of Perkins Coie LLP, 700 Thirteenth Street, N.W., Suite 800, Washington, D.C. 20005-3960, telephone: (202) 654-6200, and email: melias@perkinscoie.com. Mr. Elias has been engaged along with local counsel, King, Blackwell, Zehnder & Wermuth, P.A., to represent Defendants in this action.

2. Mr. Elias is an active member in good standing of the Bar of the District of Columbia, as well as a licensed and practicing attorney admitted to practice before the Supreme Court of the United States, U.S. Court of Appeals D.C. Circuit, U.S. Court of Appeals 3rd Circuit, U.S. Court of Appeals 4th Circuit, U.S. Court of Appeals 5th Circuit,

U.S. Court of Appeals 9th Circuit, U.S. Court of Appeals 10th Circuit, U.S. Court of Appeals 11th Circuit, U.S. District Court for the District of Columbia, U.S. District Court for the Northern District of Florida, U.S. District Court for the Eastern District of Michigan, and the U.S. District Court for the Western District of Wisconsin. He has never been the subject of any professional disciplinary proceeding.

3. Mr. Elias is currently devoting significant amounts of time to this action and it is expected that he will continue to participate in all aspects of this case, including the trial of this matter in the event the case proceeds to trial.

4. Mr. Elias is familiar with and will be governed by the Local Rules of the Middle District of Florida, including, in particular, Local Rule 2.04, and is also familiar with and will be governed by Florida's Rules of Professional Conduct and the other ethical limitations and requirements governing the professional behavior of the members of The Florida Bar.

5. Mr. Elias is not a resident of the State of Florida and has not abused the privilege of special appearance by frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

6. Pursuant to Local Rule 2.02(a), Frederick S. Wermuth of the law firm of King, Blackwell, Zehnder & Wermuth, P.A. is a member in good standing of the Bar of this Court and has consented to his designation as local counsel upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys appearing on behalf of Defendants.

7. Furthermore, Mr. Elias certifies that he will comply with the fee and email registration requirements of Local Rule 2.01(d) and that, in connection with the filing of this motion, he has submitted – or within the next three (3) business days will submit – a completed Special Admission Attorney Certification Form[1] and check for the $150.00 Special Admission Fee to the Clerk of the Court.

8. Upon admission *pro hac vice*, Mr. Elias will obtain a login and password to participate in the Middle District of Florida's Case Management/Electronic Case Filing system (CM/ECF).

9. Based on the foregoing, Mr. Elias should be admitted to appear *pro hac vice* as counsel on behalf of Defendants.

**WHEREFORE**, Defendants Pete Buttigieg and Elizabeth Warren respectfully request that the Court enter an order admitting Marc E. Elias to appear *pro hac vice* as counsel on behalf of Defendants.

### LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel for Defendants conferred in good faith regarding this request, and Plaintiff's counsel reported that his client opposes Mr. Elias's pro hac vice entry.

Dated: May 13, 2020

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111
KING, BLACKWELL, ZEHNDER
  & WERMUTH, P.A.
P.O. Box 1631

---

[1] A true and correct copy of Mr. Elias's completed Special Admission Attorney Certification form is attached hereto as **Exhibit 1**.

Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias
PERKINS COIE LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel.: (202) 654-6200
Fax: (202) 654-9106
MElias@perkinscoie.com

William B. Stafford*
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000
WStafford@perkinscoie.com

*Counsel for Defendants*

*\*Motion for Admission Pro Hac Vice Forthcoming*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 13, 2020 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111

*Counsel for Defendants*