# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

# CLERK'S MINUTES

| CASE NO.: | 8:20-cv-1077-T-36CPT | | DATE: | May 19, 2020 |
|---|---|---|---|---|
| **HONORABLE CHRISTOPHER P. TUITE** | | | **INTERPRETER:** | N/A |
| GEORGE ZIMMERMAN<br><br>v.<br><br>PETE BUTTIGIEG, et al. | | | **LANGUAGE:** | |
| | | | **PLAINTIFF'S COUNSEL**<br>Larry Klayman | |
| | | | **DEFENSE COUNSEL**<br>Marc Elias<br>William Stafford<br>Frederick Wermuth<br>Alexi Valez | |
| **COURT REPORTER:** | DIGITAL | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 3:20 p.m. – 3:30 p.m. | **TOTAL: 10 min.** | **COURTROOM:** | 12B |

**PROCEEDINGS:** **TELEPHONIC MOTION HEARING**

The Court hears oral argument re: (Doc. 7) Motion to Enter Pro Hac Vice by Marc Alias and (Doc. 8) Motion to Enter Pro Hac Vice by William Stafford.

For the reasons stated on the record, the Court is inclined to grant the motions.