UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE ZIMMERMAN,

    Plaintiff,

v.

PETE BUTTIGIEG and ELIZABETH WARREN,

    Defendants.

Case No. 8:20-cv-1077-T-36CPT

## DEFENDANTS PETE BUTTIGIEG AND ELIZABETH WARREN'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d) and this Court's Related Case Order and Track Two Notice (Doc. 4), I certify that the instant action:

\_\_\_\_\_ IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

__X__ IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: May 26, 2020                           /s/ Frederick S. Wermuth
                                                           Frederick S. Wermuth
                                                           Florida Bar No.: 0184111
                                                           KING, BLACKWELL, ZEHNDER

& WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias
PERKINS COIE LLP
700 13th St. N.W., Suite 600
Washington, D.C. 20005-3960
Tel.: (202) 654-6200
Fax: (202) 654-9106
MElias@perkinscoie.com

William B. Stafford
PERKINS COIE LLP
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000
WStafford@perkinscoie.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on May 26, 2020, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111