IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **GEORGE ZIMMERMAN**<br><br>Plaintiff,<br>v.<br><br><br>**PETE BUTTIGIEG et al.**<br><br>Defendants | Case No.: 8:20-cv-01077-CEH-CPT |

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel, having reached an impasse in legal representation as a result of a conflicting situation with his client George Zimmerman hereby moves to withdraw as counsel in this case. Mr. Zimmerman has previously indicated that he will consent to this withdrawal.

Dated: June 29, 2020                                      Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
KLAYMAN LAW GROUP P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June, 2020, a copy of the foregoing was served by electronic filing upon counsel listed on the Notice of Electronic Filing

/s/ Larry Klayman