IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

**GEORGE ZIMMERMAN**

        Plaintiff,

v.                                                                                  Case No.: 8:20-cv-01077-CEH-CPT

**PETE BUTTIGIEG et al.**

        Defendants

### MR. KLAYMAN'S RESPONSE TO CASE MANAGEMENT REPORT

Counsel for Defendants mischaracterizes the situation with Plaintiff George Zimmerman, who despite attempts by Mr. Klayman, who moved to withdraw from this case due to a conflicting situation, has attempted to be in contact with Mr. Zimmerman on numerous occasions in the last weeks through email. He has also left several voicemail messages over several weeks with no response from Mr. Zimmerman.

In another case styled *Zimmerman v. Fulton et al,* 53-2019-CA- 004884000000 in Polk County Mr. Klayman was granted leave to withdraw, and Mr. Zimmerman did appear on the telephonic status conference unexpectedly without notice to any party, and, when pressed by the court, he advised the presiding judge that he had retained Martin Pedata of DeLand Florida to represent him in that case. However, Mr. Pedata has yet to file a notice of appearance. The court did provide Mr. Zimmerman 30 days to have new counsel enter that case. *See* Exhibit 1.

Yesterday, Mr. Klayman, finding his telephone number on the internet, called Mr. Pedata and inquired if he was going to enter an appearance in the case before this Court, and he replied that he had no knowledge about it. Mr. Klayman urged Mr. Pedata to try to communicate with

1

Mr. Zimmerman to ascertain how he would proceed in this case, as matters were coming due. Should the defendants wish to communicate with Mr. Pedata, his telephone number is listed as 386-748-0941.

In sum, Mr. Zimmerman, based on likely interference by a third party who on information and belief has engaged in the unauthorized practice of law and tortiously interfered in the attorney client relationship, has refused to communicate with the undersigned counsel and has refused to return emails or telephone messages for many weeks. Defense counsel was advised that the undersigned counsel, who has moved to withdraw, was not authorized to provide Mr. Zimmerman's cell phone or contact information number, as there are also security concerns. However, Mr. Zimmerman was advised by the undersigned counsel repeatedly by email and voicemail of the urgent need to address the pending matters before this honorable Court.

Dated: July 21, 2020                                Respectfully submitted,

/s/ Larry Klayman
Larry Klayman, Esq.
KLAYMAN LAW GROUP P.A.
7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: 561-558-5536
Email: leklayman@gmail.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2020, a copy of the foregoing was served by electronic filing upon counsel listed on the Notice of Electronic Filing

/s/ Larry Klayman