IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
IN AND FOR POLK COUNTY, FLORIDA
CIVIL DIVISION

GEORGE ZIMMERMAN,

                                    Case No. 2019CA-004884

    Plaintiff,

v.

SYBRINA FULTON, et al.,

    Defendants.
_____/

## ORDER SETTING SEQUENCING OF MOTIONS

THIS CAUSE came before the Court upon the Defendants' request that the Court address whether Defendants' dispositive motions should be heard prior to Plaintiff's discovery motion.

Multiple Defendants scheduled dispositive motions to be heard on July 23, 2020. After those motions were scheduled, Plaintiff sought to schedule a discovery motion on July 14, 2020. To resolve a dispute about the sequencing of these motions, the parties set a status conference on July 10, 2020. In the interim, Plaintiff's counsel, Larry Klayman, moved to withdraw from the action.

On July 10, 2020, the Court conducted a status conference to address Mr. Klayman's withdrawal and whether Defendants' multiple dispositive motions should be heard prior to Plaintiff's discovery motion. Plaintiff George Zimmerman was present during the hearing.

The Court granted Mr. Klayman's withdrawal and gave Plaintiff thirty (30) days to retain new counsel.

The Court, then, heard argument about the sequencing of the discovery motion and dispositive motions.

The Court has reviewed the arguments of counsel and has been otherwise fully advised in the premises, and it is:

ORDERED AND ADJUDGED that:

1. The hearings set for July 14, 2020 and July 23, 2020 are cancelled and must be rescheduled, due to Mr. Klayman's withdrawal and Plaintiff's retention of new counsel.

2. The Court will hear those previously filed substantive motions prior to any discovery dispute in this matter.

DONE AND ORDERED in chambers, Bartow, Polk County, Florida this 17th day of July, 2020.

_____
WAYNE M. DURDEN, Circuit Judge

Copies Furnished to:

All counsel of record
George Zimmerman

2