# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**GEORGE ZIMMERMAN**

        Plaintiff,

v.                                                    Case No.: 8:20-cv-01077-CEH-CPT

**PETE BUTTIGIEG et al.**

        Defendants

## MOTION TO WITHDRAW AS COUNSEL

The undersigned counsel having reached an impasse as a result of a conflict of interest with his client, George Zimmerman, hereby moves to withdraw as counsel in this case. Mr. Zimmerman has previously indicated that he will consent to this withdrawal.

Pursuant to Local Rule 2.03(b), Mr. Klayman's office provided notice to counsel for Defendants of his intent to withdraw on June 30, 2020 and asked for consent pursuant to Local Rule 3.01, but did not receive a response indicating whether consent was granted.

Mr. Klayman is unable to provide the Court with Mr. Zimmerman's address or phone number, as Mr. Zimmerman withholds that sensitive information for security reasons. His email address is gmzbusiness776@gmail.com.

Dated: October 27, 2020                               Respectfully submitted,

                                                                */s/ Larry Klayman*
                                                                 Larry Klayman, Esq.
                                                                 KLAYMAN LAW GROUP P.A.
                                                                 7050 W. Palmetto Park Rd
                                                                Boca Raton, FL, 33433
                                                                Tel: 561-558-5536
                                                                Email: leklayman@gmail.com

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 27th day of October 2020, a copy of the foregoing was served by electronic filing upon counsel listed on the Notice of Electronic Filing

                                                  */s/ Larry Klayman*