UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| GEORGE ZIMMERMAN,<br><br>  Plaintiff,<br><br>v.<br><br>PETE BUTTIGIEG and ELIZABETH WARREN,<br><br>  Defendants. | Case No. 8:20-cv-1077-T-36CPT |

**<ins>DEFENDANTS' RESPONSE TO MOTION TO WITHDRAW</ins>**
**<ins>OF LARRY KLAYMAN ESQ. (DOC. 28)</ins>**

Defendants Pete Buttigieg and Elizabeth Warren hereby respond to the Motion to Withdraw as Counsel by Larry Klayman, Esq. Defendants do not oppose Mr. Klayman's motion. Defendants note, however, that they have attempted without success to confer with Mr. Klayman about various issues since June 2020, such as who would be representing Plaintiff, whether Defendants' counsel can contact Plaintiff directly, and regarding preparation of the Case Management Report. (Doc. 25). Notwithstanding various attempts by Defendants' counsel to confer with Mr. Klayman in June and July 2020, Mr. Klayman has proceeded to file his renewed Motion to Withdraw as Counsel on October 27, 2020, without conferring with counsel for Defendants.[1] Nevertheless, Defendants do not oppose Mr. Klayman's Motion to Withdraw as Counsel, but would appreciate clarification on who will be representing Plaintiff

---

[1] Notably, on or about October 27, 2020, undersigned counsel contacted Mr. Klayman to confer about other pending litigation, and Mr. Klayman did not ask undersigned counsel to consent to the renewed Motion to Withdraw as Counsel.

and that Defendants' counsel may confer with Plaintiff directly unless and until substitute counsel appears for Plaintiff.

Dated: November 9, 2020.                    Respectfully submitted,

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111
**KING, BLACKWELL, ZEHNDER**
  **& WERMUTH, P.A.**
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias*
**Perkins Coie LLP**
700 13th St. N.W., Suite 800
Washington, D.C. 20005-3960
Tel.: (202) 654-6200
Fax: (202) 654-9106
MElias@perkinscoie.com

William B. Stafford*
**Perkins Coie LLP**
1201 Third Ave., Suite 4900
Seattle, WA 98101-3099
Tel.: (206) 359-8000
Fax: (206) 359-9000
WStafford@perkinscoie.com

*Admitted pro hac vice*

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2020, I filed a copy of the foregoing Defendants' Motion to Dismiss with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

<u>/s/ Frederick S. Wermuth</u>
Frederick S. Wermuth
Florida Bar No.: 0184111

*Attorney for Defendants*
