# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

**GEORGE ZIMMERMAN**

        Plaintiff,

v.

**PETE BUTTIGIEG et al.**

        Defendants

Case No.: 8:20-cv-01077-CEH-CPT

## REPLY TO REPSONSE MOTION TO WITHDRAW AS COUNSEL

Larry Klayman hereby replies to Defendants' response to his motion to withdraw as counsel, as it is misleading. This reply is necessary to correct the record.

Mr. Klayman has already informed counsel for Defendants that he has been unable to get into contact with Mr. Zimmerman since Mr. Zimmerman informed Mr. Klayman that he would no longer be representing him. Specifically, on July 8, 2020, Mr. Klayman informed counsel for Defendants:

> I have no authority to put you in contact with Mr. Zimmerman. I have been trying to reach him without success. This matter will be addressed with the Court.

Mr. Klayman, to this day, has not had contact with Mr. Zimmerman and does not know whether he intends to proceed with this case or hire another attorney to represent him. Thus, Mr. Klayman did not fail to respond to Defendants.

Mr. Klayman is aware that Mr. Zimmerman is being represented by Martin Anthony Pedata, Esq. in another case. Mr. Klayman has already also provided the Court and the parties with Mr. Zimmerman's last known email address as well.

Dated: November 9, 2020                                        Respectfully submitted,

                                                  */s/ Larry Klayman*
                                                  Larry Klayman, Esq.
                                                  KLAYMAN LAW GROUP P.A.
                                                  7050 W. Palmetto Park Rd
                                                  Boca Raton, FL, 33433
                                                  Tel: 561-558-5536
                                                  Email: leklayman@gmail.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 9th day of November 2020 a copy of the foregoing was served by electronic filing upon counsel listed on the Notice of Electronic Filing

                                                  */s/ Larry Klayman*