UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

# CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:20-cv-1077-T-36CPT | **DATE:** | November 19, 2020 |
| **HONORABLE CHRISTOPHER P. TUITE** | | **INTERPRETER:** | N/A |
| GEORGE ZIMMERMAN<br><br>v.<br><br>PETER BUTTIGIEG et al | | **LANGUAGE:** | |
| | | **PLAINTIFF'S COUNSEL**<br>Larry Elliot Klayman, retained | |
| | | **DEFENSE COUNSEL**<br>William B. Stafford and Frederick S. Wermuth | |
| **COURT REPORTER:** Bill Jones | | **DEPUTY CLERK:** | Ashley Sanders |
| **TIME:** 10:20 AM – 10:28 AM | **TOTAL:** 8 min | **COURTROOM:** | Zoom |

**PROCEEDINGS: Motion Hearing re: Motion to Withdraw as Attorney (Doc. 28)**

Defendant has received proper notice of the motion.

Plaintiff will retain other counsel. Plaintiff requests 30 days to retain new counsel. Plaintiff has replacement counsel in mind. Court sets deadline to December 18th.

No issue as to plaintiff providing his personal contact information.

Recess.