UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE ZIMMERMAN,

    Plaintiff,

v.                                          Case No: 8:20-cv-1077-CEH-CPT

PETE BUTTIGIEG and ELIZABETH WARREN,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Defendants' Motion to Dismiss Amended Complaint and Incorporated Memorandum of Law, filed on March 23, 2021 (Doc. 40). Plaintiff has failed to file a timely response to the motion. Accordingly, Plaintiff is hereby directed to respond to Defendants' Motion **on or before April 21, 2021**. Failure to respond within the time permitted will result in the Court considering the motion as unopposed.

**DONE AND ORDERED** in Tampa, Florida on April 14, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES TO**:
COUNSEL OF RECORD AND UNREPRESENTED PARTIES, IF ANY