# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GEORGE ZIMMERMAN,

        Plaintiff,

v.

PETE BUTTIGIEG and ELIZABETH WARREN,

        Defendants.

Case No: 8:20-cv-1077-CEH-CPT

## DECLARATION OF ELIZABETH WARREN

I, Senator Elizabeth Warren, pursuant to 28 U.S.C.§ 1746, hereby declare as follows:

1. I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2. I am currently serving as United States Senator for Massachusetts.

3. Congress is currently in session, and my daily schedule is demanding with commitments related to my public duties.

4. On February 5, 2020, I was a primary candidate for the Democratic nomination for President of the United States.

5. In many cases, I write my own tweets. However, during this period of time in connection with the presidential campaign, I broadly authorized staff members to tweet on my behalf.

6. I did not draft the tweet at issue in this litigation.

7. I did not review the tweet at issue in this litigation.

8. I did not direct my staff to publish the tweet at issue in this litigation.

9. As a result, I have no information relevant to this litigation to provide during a deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this __1__ day of ~~March~~ April 2022.

_____
Elizabeth Warren