# EXHIBIT 2

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

GEORGE ZIMMERMAN,

                    Plaintiff,

     v.

PETE BUTTIGIEG
and ELIZABETH
WARREN,

              Defendants.

Case No: 8:20-cv-1077-CEH- CPT

## DECLARATION OF PETE BUTTIGIEG

I, Pete Buttigieg, pursuant to 28 U.S.C.§ 1746, hereby declare as follows:

1.     I am over the age of 18. I am fully competent to make this declaration. The following statements are based on my personal knowledge.

2.     I currently serve as Secretary of the United States Department of Transportation.

3.     My daily schedule is demanding with commitments related to my public duties.

4.     On February 5, 2020, I was a primary candidate for the Democratic nomination for President of the United States.

5.      Typically, I draft the tweets sent from the account in question. But during a limited period of time and in connection with the presidential campaign, I authorized staff members to draft and send tweets on my behalf.

6.      I did not draft the tweet at issue in this litigation.

7.      I expect that I would have reviewed the tweet before it was sent, and it's possible that I would have provided thoughts on it, but I have no memory of doing so.

8.      As a result, I do not believe that I have any information meaningfully relevant to this litigation to provide during a deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  4ʳ day of April 2022.

_____

Pete Buttigieg