UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE ZIMMERMAN,

    Plaintiff,

v.

PETE BUTTIGIEG AND
ELIZABETH WARREN,

    Defendants.

Case No: 8:20-cv-1077-T-36CPT

## AGREED MOTION FOR REMOTE ATTENDANCE AT MEDIATION AND FOR REPRESENTATIVE PARTICIPATION

Defendants Pete Buttigieg and Elizabeth Warren, pursuant to the Case Management and Scheduling Order (ECF No. 52) ("CMO") and Local Rule 3.01(a), respectfully request that the Court enter an order permitting remote attendance by counsel and parties at mediation and for Defendants to appoint knowledgeable, authorized representatives with full authority to settle as required by the CMO to appear at mediation on Defendants behalf, with the intention of making Defendants available to appear remotely as needed. In support of this request, Defendants state:

1. In the parties' Amended Uniform Case Management Report (ECF No. 51), Defendants requested leave to appoint authorized representatives to appear on their behalf at mediation remotely in lieu of in person attendance by Defendants.

2. Shortly thereafter, the Court entered its CMO setting the deadline to mediate for May 4, 2022 and addressed attendance requirements for mediation. The CMO requires in person attendance at mediation, subject to events such as the

coronavirus pandemic during which counsel and parties may attend mediation via videoconference or telephone. (ECF No. 52 at IV(E)(3)). The Court further directed Defendants to file a motion seeking their previously requested relief to be excused from in person mediation attendance. (*Id.* at n.1).

3. Mediation is currently scheduled for April 26, 2022. Defendants both work in Washington D.C. and have grueling schedules related to their public duties. Pete Buttigieg serves as Secretary of the United States Department of Transportation. Elizabeth Warren serves as United States Senator for Massachusetts, and Congress is currently in session. Defendants have each filed declarations addressing their demanding professional duties and schedules. (ECF. No. 65-1 & 65-2). Given their professional duties and schedules, travel to the Middle District of Florida, especially during a pandemic, is difficult. Moreover, as also set forth in more detail in their declarations and the Motion for Protective Order, neither Defendant has unique knowledge relevant to this action as their respective 2020 presidential campaign staffs were, with their authorizations, primarily responsible for drafting and publishing the tweets at issue. (ECF No. 65).

4. Accordingly, Defendants seek an order permitting (a) counsel and parties to attend mediation remotely by videoconference and (b) Defendants to each appoint an authorized representative to appear at mediation on their behalf, although with the intention of making Defendants available as needed. The appointed representatives will be fully knowledgeable about the facts of this action, and both the appointed representatives of Defendants will have full authority to settle as required by the CMO.

5.      Defendants bring the instant motion in good faith.  The relief sought in this motion will not prejudice any party; indeed, Plaintiff has agreed to the requested relief.

## **INCORPORATED MEMORANDUM OF LAW**

As stated herein, good cause exists to permit remote attendance at mediation via videoconferencing.  Indeed, such remote attendance is expressly contemplated during pandemics in the CMO.  *See* ECF No. 52 at IV(E)(3).  Similarly, good cause also exists to permit Defendants to each appoint an authorized representative to appear continuously at mediation on their behalf.  Defendants will be available to appear remotely as deemed necessary by the mediator.  Dual attendance by the authorized representatives and Defendants, both with full authority to settle, satisfies the CMO policies.  This agreed motion is not brought for any improper purpose and no party will be prejudiced if the motion is granted.

WHEREFORE, Defendants Pete Buttigieg and Elizabeth Warren respectfully request that this Court enter an order permitting:

a.      Remote attendance by counsel and parties at mediation;

b.      Defendants to appoint authorized representatives to appear continuously at mediation on their behalf.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(g)**

Pursuant to Local Rule 3.01(g), undersigned counsel for Defendants has conferred with counsel for Plaintiff on April 7, 2022 to resolve the issues raised in this motion. Undersigned counsel is authorized to represent that Plaintiff does not oppose the relief sought by this motion.

Respectfully submitted this 7th day of April, 2022.

                                            s/ Frederick S. Wermuth
                                            Frederick S. Wermuth
                                            Florida Bar No.: 0184111
                                            King, Blackwell, Zehnder & Wermuth, P.A.
                                            P.O. Box 1631
                                            Orlando, FL 32802-1631
                                            Telephone: (407) 422-2472
                                            Facsimile: (407) 648-0161
                                            fwermuth@kbzwlaw.com

                                            Marc E. Elias*
                                            Elias Law Group LLP
                                            10 G Street NE, Suite 600
                                            Washington, D.C. 20002
                                            Tel.: (202) 968-4490
                                            melias@elias.law

                                            William B. Stafford*
                                            Elias Law Group LLP
                                            1700 Seventeenth Avenue
                                            Suite 2100
                                            Seattle, WA 98101-3099
                                            Tel.: (206) 656-0176
                                            bstafford@elias.law

                                            *Admitted pro hac vice*
                                            *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111

*Attorneys for Defendants*