UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE ZIMMERMAN,

   Plaintiff,

v.

PETE BUTTIGIEG AND
ELIZABETH WARREN,

   Defendants.

Case No: 8:20-cv-1077-T-36CPT

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiffs George Zimmerman and Defendants Pete Buttigieg and Elizabeth Warren, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, hereby stipulate to the voluntary dismissal with prejudice of all claims in this case and to dismissal and closure of this case.

Respectfully submitted this 28th day of April, 2022.

| | |
|---|---|
| _____ *Craig Sonner* _____<br>Craig A. Sonner, Esq.<br>Florida Bar No.: 478946<br>Craig A. Sonner, P.A.<br>P.O. Box 622017<br>Oviedo, FL 32762<br>Telephone: (407) 331-5900<br>Facsimile: (407) 331-1775<br>craigsonner@earthlink.net<br><br>*Counsel for Plaintiff George Zimmerman* | s/ _____ *Fritz Wermuth* _____<br>Frederick S. Wermuth<br>Florida Bar No.: 0184111<br>King, Blackwell, Zehnder & Wermuth, P.A.<br>P.O. Box 1631<br>Orlando, FL 32802-1631<br>Telephone: (407) 422-2472<br>Facsimile: (407) 648-0161<br>fwermuth@kbzwlaw.com<br><br>Marc E. Elias*<br>Elias Law Group LLP<br>10 G Street NE, Suite 600<br>Washington, D.C. 20002<br>Tel.: (202) 968-4490<br>melias@elias.law |

William B. Stafford*
Elias Law Group LLP
1700 Seventeenth Avenue
Suite 2100
Seattle, WA 98101-3099
Tel.: (206) 656-0176
bstafford@elias.law

*Counsel for Defendants Pete Buttigieg and Elizabeth Warren*

\* *Admitted pro hac vice*
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022 I filed a copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111

*Attorneys for Defendants*