UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GEORGE ZIMMERMAN,

    Plaintiff,

v.                                        Case No: 8:20-cv-1077-CEH-CPT

PETE BUTTIGIEG and ELIZABETH WARREN,

    Defendants.
_____/

**ORDER**

Before the Court is the parties' Stipulation of Voluntary Dismissal With Prejudice (Doc. 73). In accord with the Stipulation of Voluntary Dismissal With Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1) The Stipulation of Voluntary Dismissal With Prejudice is **APPROVED** (Doc. 73).

2) This cause is dismissed, with prejudice.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on April 28, 2022.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record